TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00609-CV






Christopher Lynn Walsh, Appellant



v.



Martha Stripling Walsh, Appellee







FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY


NO. 01-609-FC2, HONORABLE ROBERT F. B. ("SKIP") MORSE, JUDGE PRESIDING




 


M E M O R A N D U M O P I N I O N




 The parties filed a joint motion to dismiss this appeal because they have reached a
mediated settlement agreement and no longer wish to proceed in this matter. 

 The appeal is dismissed on joint motion of the parties. See Tex. R. App. P.
42.1(a)(2).



 __________________________________________


 Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed: March 20, 2003